Timothy Gene HARPER,
Plaintiff–Appellant,

v.

CURRITUCK COUNTY CLERK OF COURTS, Defendant–Appellee.

No. 06–8033.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 22, 2007.

Decided: March 5, 2007.

Timothy Gene Harper, Appellant Pro Se. David J. Adinolfi, II, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

court. Fed. R.App. P. 4(c); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Gene Harper appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harper v. Currituck County Clerk of Courts,* No. 5:06–ct–03004 (E.D.N.C. Nov. 16, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*